NICHOLAS A. CARLIN (State Bar No. 112532)
NINA C. POUGET (State Bar No. 332958)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
The Presidio
San Francisco, CA   94129
Telephone:  415-398-0900
Fax:            415-398-0911
Email: nac@phillaw.com
            ncp@phillaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ML1 RECORDS, LLC, and SAM TROCKI, <br><br> Plaintiffs, <br><br> v. <br><br> TRULY ORIGINAL, LLC; BRAVO MEDIA LLC; and NBCUNIVERSAL MEDIA, LLC <br><br><br> Defendants. | Case No. 2:22-CV-06015 <br><br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

*(Left margin, rotated:)* PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA   94129
Telephone: (415) 398-0900

## INTRODUCTION

1.      This is a copyright infringement action arising from the unauthorized use by Defendants of Plaintiffs' musical composition and sound recording "Lost Children" in two episodes of the reality TV show Real Housewives of Atlanta (the "RHOA"). Lost Children is a collaboration with the five-time Grammy award winner, CeeLo Green. It has had over 2 million views on YouTube, reached #1 on the iTunes UK Rock Single charts, and reached #48 on the UK Official Charts. A remixed version (the "Remix") reached #2 on the iTunes UK Electronic Single charts.

2.      Since 2006, Bravo has developed and released several reality TV shows in different cities on the "Real Housewives of [CITY]" model. The RHOA was launched in 2008

1

and since then, has become wildly popular, being one of the most viewed shows of the "Real Housewives of" series.  The show has been broadcast multiple times on TV and is available on demand at Bravotv.com and NBC.com, as well as on multiple streaming platforms like Hulu, Amazon Prime Video, Apple TV, YouTube/YouTube TV, Google Play, Peacock, Fubo, Vudu, and iTunes.

3.      Defendants never sought or received Plaintiffs' permission for any of these uses. Defendants' uses therefore infringed on Plaintiffs' copyrights. By this action, Plaintiffs seek compensation for their damages and injunctive relief.

## JURISDICTION AND VENUE

4.      This is a civil action seeking damages for copyright infringement under the Copyright Act, 17 U.S.C. § 101 et seq. in connection with Defendants' unauthorized copying and subsequent use, performance, and exploitation of protected elements of Plaintiffs' copyrights.

5.      This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a). The alleged unlawful acts and violations described below were in part conceived, carried out and made effective within the Central District of California. All of the Defendants named herein transact or have transacted business in this District.

6.      This Court has personal jurisdiction over Defendants because, among other things, Defendants are engaged in tortious conduct within the State of California and in this District, including by copying, altering, publicly performing, and distributing Plaintiff's musical composition and sound recording within the United States and the State of California. Plaintiffs additionally aver that, among other things: (a) Defendants or their agents are doing or have been doing business continuously in the State of California and this District (b) a substantial part of the wrongful acts committed by Defendants have occurred in interstate commerce, in the State of California, and in the Central District of California, and (c) Defendants' conduct causes injury to, and is directed at, Plaintiffs and their intellectual property, within the United States and California.

7.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) & (3) as well

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA  94129
Telephone: (415) 398-0900

as pursuant to 28 U.S.C. § 1391(c).

## THE PARTIES

8.      Plaintiff ML1 RECORDS ("ML1" or "PLAINTIFF"), a Louisiana Limited Liability Company headquartered in Lafayette, Louisiana, is one of the fastest growing music companies and independent record labels in the world. ML1 works with several high-profile artists, producers, engineers and songwriters, including Plaintiff SAM TROCKI.

9.      Plaintiff SAM TROCKI ("TROCKI") is a singer, songwriter, producer, fine artist and fashion designer based in Miami Beach, Florida. For the past two decades, he has written and produced hits with some of the biggest names in the music industry including Benny Blanco, CeeLo Green, Paul Oakenfold, Cam'ron and Neon Hitch.

10.      Defendant TRULY ORIGINAL, LLC ("TRULY ORIGINAL") is a Delaware Limited Liability Company, doing business throughout the State of California at all relevant times herein. Truly Original is the producer of RHOA.

11.      Defendant BRAVO MEDIA LLC ("BRAVO") is a New York Limited Liability Company, doing business throughout the State of California at all relevant times herein. Plaintiffs are informed and believe that BRAVO is a wholly owned subsidiary of NBCUniversal. BRAVO operates a cable television network and broadcasts RHOA.

12.      Defendant NBCUNIVERSAL MEDIA, LLC, ("NBCU") is a Delaware Limited Liability Company doing business throughout the State of California at all relevant times herein. NBCU is an American multinational mass media and entertainment conglomerate, is the parent company of BRAVO, and provides various platforms for distribution of RHOA.

13.      Plaintiffs are informed and believe, and thereon allege, that each Defendant named in this Complaint is in some manner responsible for the wrongs and damages as alleged below, and in so acting were functioning, at least at times, as the agent, servant, partner, alter ego and/or employee of each of the other Defendants, and in doing and/or not doing the actions mentioned below was acting within the course and scope of its authority as such agent, servant, partner, and/or employee with the permission and consent of the other Defendants, and all acts herein alleged were approved of and ratified by each and every other Defendant.

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA  94129
Telephone: (415) 398-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA  94129
Telephone: (415) 398-0900

## CLAIM FOR RELIEF

### (Copyright Infringement)

14.     TROCKI is owner of the copyrights in the musical composition and sound recording of Lost Children. Lost Children was first released to the public in or about September 2020. The copyright was registered with the Copyright Office on or about January 21, 2021, Registration No. SR0000892764.

15.     A remixed version of Lost Children (the "Remix") was first released to the public in or about November 2020. TROCKI registered the copyright in the Remix on or about October 27, 2021, Registration No. SR0000911876. The Remix incorporates substantial portions of the original musical composition and sound recording. Lost Children and the Remix shall be referred to jointly herein as "the Works".

16.     ML1 Records is the sole and exclusive administrator of all copyrights in the Works.

17.     Starting at least as early as January 2021, and continuing through at least August 2022, Defendants TRULY ORIGINAL, BRAVO, and NBCU infringed the copyright in and to the Works by, among other things, reproducing, manufacturing, publicly performing and distributing copies of the Works on at least two separate episodes of RHOA: "The Giving Peach" – Season 13, Episode 6, from 2:00 to 2:59; and "How the Wig Stole Christmas" – Season 13, Episode 18, from 12:14 to 12:35.

18.     Plaintiffs notified NBCU and BRAVO on or about May 14, 2022 of the infringements. Plaintiffs notified TRULY ORIGINAL of the infringements on or about May 16, 2022. Despite such notification, Defendants continued to infringe on Plaintiffs' copyrights.

19.     At no time have Plaintiffs authorized Defendants to reproduce, distribute, perform, create derivative works based on, or otherwise exploit all or any portion of the Works.

20.     Defendants' unauthorized use constitutes infringement of Plaintiffs copyrights in both the composition and sound recording of the Works.

21.     Plaintiffs have provided Defendants with proof of the registrations for the Works and has demanded that they cease and desist from continuing to infringe Plaintiff's copyrights. Defendants, however, have continued to use the Works in RHOA.

22.     As a result of Defendants' copyright infringement, Plaintiffs have suffered and continue to suffer actual damages in an amount according to proof at trial.

23.     As a further result of Defendants' copyright infringement, they have obtained direct and indirect profits they would not have otherwise realized but for their infringement of the Works. Plaintiffs are entitled to disgorgement of such profits.

24.     Plaintiffs are further entitled to statutory damages. Defendants' acts of copyright infringement have been willful and intentional and in conscious disregard of Plaintiffs' rights. Plaintiffs will seek damages for such willful infringement in the amount of $150,000 per infringement, the number of infringements to be determined according to proof at trial.

25.     Defendants continue to infringe Plaintiff's copyrights by broadcasting, streaming or otherwise copying and distributing the Works. Accordingly, Plaintiff is entitled to injunctive relief, preventing Defendants from continuing to unlawfully exploit the Works.

26.     Plaintiffs are further entitled to recover their reasonable attorneys' fees and costs in this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment as follows:

1.   Plaintiffs' damages and Defendants' profits in an amount to be ascertained, but at least $1 million;

2.   Statutory damages against Defendants and each of them in the amount of $150,000 for each infringement;

3.   An injunction enjoining Defendants from any further use of Lost Children or the Remix;

4.   Plaintiffs' reasonable attorneys' fees and costs of suit;

5.   Prejudgment interest on any monetary award; and

6.   Such other and further relief as this Court may deem just.

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA  94129
Telephone: (415) 398-0900

Dated:  August 24, 2022                    PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP


                                           By_____
                                              Nicholas A. Carlin
                                              Nina C. Pouget
                                              Attorneys for Plaintiffs


### DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury on all issues so triable.


Dated:  August 24, 2022                    PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP


                                           By_____
                                              Nicholas A. Carlin
                                              Nina C. Pouget
                                              Attorneys for Plaintiffs

COMPLAINT