1  RACHEL STROM (*pro hac vice application forthcoming*)
     rachelstrom@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   1251 Avenue of the Americas, 21st Floor
3  New York, New York 10020
   Telephone: (212) 603-6437
4  Fax: (212) 489-8340

5

6  SAM F. CATE-GUMPERT (State Bar No. 335715)
     samcategumpert@dwt.com
7  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
8  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
9  Fax: (213) 633-6899

10 Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ML1 RECORDS, LLC and SAM TROCKI,<br><br>                        Plaintiffs,<br><br>       vs.<br><br>TRULY ORIGINAL, LLC; BRAVO MEDIA LLC; and NBCUNIVERSAL MEDIA, LLC<br><br>                        Defendants. | Case No. 2:22-CV-06015-GW-PVC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TRULY ORIGINAL, LLC, BRAVO MEDIA LLC, AND NBCUNIVERSAL MEDIA, LLC TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Assigned to the Hon. George H. Wu<br>Dept.: Courtroom 9D<br><br>Complaint Served:<br>August 29, 2022 and September 2, 2022<br><br>Current Response Dates:<br>September 19 and 23, 2022<br><br>New Response Date:<br>October 19, 2022<br><br>Action Filed: August 24, 2022 |

# STIPULATION

Plaintiffs ML1 Records, LLC and Sam Trocki ("Plaintiffs") and Defendants Truly Original, LLC, Bravo Media LLC, and NBCUniversal Media, LLC ("Defendants"), by and through their undersigned counsel, stipulate as follows:

1. On August 24, 2022, Plaintiffs filed the Complaint in this action. Dkt. 1.

2. On August 29, 2022, Plaintiffs served the Complaint on Defendants Bravo Media LLC and NBCUniversal Media, LLC. Dkts. 14, 15.

3. On September 2, 2022 Plaintiffs served the Complaint on Defendant Truly Original, LLC. Dkt. 16.

4. Defendants Bravo Media LLC and NBCUniversal Media, LLC's current deadline to file an answer or otherwise respond to the Complaint is September 19, 2022. Defendant Truly Original, LLC's current deadline to file an answer or otherwise respond to the Complaint is September 23, 2022.

5. On September 7 and 8, 2022, Defendants' counsel conferred with Plaintiffs' counsel regarding an extension, and Plaintiffs' counsel has agreed to extend Defendants Bravo Media LLC and NBCUniversal Media, LLC's time to answer or otherwise respond to the Complaint by 30 days, and Truly Original, LLC's time to answer or otherwise respond to the Complaint by 26 days, to October 19, 2022.

6. There have been no prior extensions of time to respond to the Complaint.

7. All signatories listed below, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

///
///
///
///

1
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** that Defendants' deadline to respond to Plaintiffs' Complaint is extended to October 19, 2022.

**SO STIPULATED AND JOINTLY SUBMITTED:**

DATED: September 9, 2022

DAVIS WRIGHT TREMAINE LLP
RACHEL STROM
SAM F. CATE-GUMPERT

By: /s/ *Sam F. Cate-Gumpert*
Sam F. Cate-Gumpert
Attorneys for Defendants
TRULY ORIGINAL, LLC, BRAVO MEDIA LLC, and NBCUNIVERSAL MEDIA, LLC

DATED: September 9, 2022

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
NICHOLAS A. CARLIN
NINA C. POUGET

By: /s/ *Nicholas A. Carlin*
Nicholas A. Carlin
Attorneys for Plaintiffs
ML1 RECORDS, LLC and SAM TROCKI

I, Sam F. Cate-Gumpert, certify that I received written permission to affix the electronic signatures from those attorneys whose signatures appear above.

/s/ *Sam F. Cate-Gumpert*
Sam F. Cate-Gumpert

2
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899